BOROUGH OF WOODCLIFF LAKE, APPELLANT, v. STATE BOARD OF TAX APPEALS ET AL., RESPONDENTS.

Argued May 28, 1936—Decided October 2, 1936.

For the appellant, *Donald M. Waesche*.

For the respondents, *Chandless, Weller & Selser*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered *per curiam* in the Supreme Court.

*For affirmance*—LLOYD, HETFIELD, DEAR, WELLS, WOLFS-KEIL, RAFFERTY, JJ.   6.

*For reversal*—THE CHIEF JUSTICE, HEHER, PERSKIE, JJ.   3.